John Milton GEARHEART, Appellant,

v.

Rinehart SHEPHERD, Appellee.

Court of Appeals of Kentucky.

April 19, 1974.

Kelley R. Asbury, Cattletsburg, William J. Curry, Ironton, Ohio, for appellant.

Charles M. Daniels, Greenup, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

Charles A. Van WINKLE, Appellant,

v.

Louis J. HOLLENBACH, III, et al., Appellees.

Charles Van WINKLE, Appellant,

v.

George S. PARTRIDGE et al., Appellees.

Court of Appeals of Kentucky.

April 19, 1974.

J. Bruce Miller, Louisville, Don H. Major, Louisville, Tom B. Givhan, Bullitt Co. Atty., Shepherdsville, Boyce F. Martin, Jr., Louisville, for appellant.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.

Ronnie WELDON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

April 19, 1974.

Anthony M. Wilhoit, Public Defender, William C. Ayers, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

Ray PROFITT, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

April 19, 1974.

Anthony M. Wilhoit, Public Defender, Paul F. Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion by Justice PALMORE, Affirming.*

* Opinion ordered not to be published.